## STATE of Louisiana

v.

## Melvin MAXIE

### NO. 2016-KK-1729

Supreme Court of Louisiana.

October 14, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Sabine, 11th Judicial

**1062** 

District Court Div. 0, No. 13-CR-072522; to the Court of Appeal, Third Circuit, No. KW 16-00670

Denied.